Lucky Meinz (CA Bar No. 260632)
lmeinz@vedderprice.com
Brittany A. Sachs (CA Bar No. 287651)
bsachs@vedderprice.com
VEDDER PRICE P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Blaine Kimrey (admitted *pro hac vice*)
bkimrey@vedderprice.com
Bryan Clark (admitted *pro hac vice*)
bclark@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T:  (312) 609 7500
F:  (312) 609 5005

Attorneys for defendants
MASTERCARD INTERNATIONAL, INC. and
VIRTUOSO, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>Honorable Judge Richard Seeborg<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO TRANSFER, OR, ALTERNATIVELY, TO STAY**<br><br>**[28 U.S.C. § 1404(a)]**<br><br>**Date:  October 2, 2014**<br><br>**Time: 1:30 p.m.**<br><br>**Location:  San Francisco Courthouse, Courtroom 3 - 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102** |

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF MOTION TO TRANSFER,
OR, ALTERNATIVELY, TO STAY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that defendants MasterCard International, Inc. and Virtuoso, Ltd. hereby request, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the following documents:

1. A true and correct copy of the Complaint in *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239 (S.D.N.Y.), is attached as **Exhibit A**.

2. A true and correct copy of the current docket in *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239 (S.D.N.Y.), is attached as **Exhibit B**.

3. A true and correct copy of Table T-3. U.S. District Courts – Median Time Intervals from Filing to Trial for Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2013., available at http://www.uscourts.gov/Statistics/JudicialBusiness/2013/statistical-tables-us-district-courts-trials.aspx, is attached as **Exhibit C.**

The Court can take judicial notice of facts (such as the contents of the docket in the New York Litigation or the contents of documents maintained by the U.S. Courts) that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Accordingly, Defendants request that the Court take judicial notices of Exhibits A-C.

Dated: September 4, 2014                         VEDDER PRICE P.C.


By: */s/ Blaine C. Kimrey*
    Blaine C. Kimrey

Attorney for defendants MASTERCARD INTERNATIONAL, INC. and VIRTUOSO, LTD.