# Exhibit B

.

STAYED,CASREF,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:13-cv-09239-CS

The Wave Studio, LLC v. General Hotel Management Ltd. et al

Assigned to: Judge Cathy Seibel

Referred to: Magistrate Judge Paul E. Davison (Settlement)

Cause: 28:1338 Copyright Infringement

Date Filed: 12/31/2013

Jury Demand: Both

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**The Wave Studio, LLC**                represented by   **Cameron Sean Reuber**
Leason Ellis
One Barker Ave., Fifth Floor
White Plains, NY 10601
(914) 288-0022
Fax: (914) 288-0023
Email: reuber@leasonellis.com
*ATTORNEY TO BE NOTICED*

**Jonathan Webster Thomas**
Leason Ellis LLP
One Barker Avenue
White Plains, NY 10601
(914)-821-3078
Fax: (914)-288-0023
Email: thomas@leasonellis.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**General Hotel Management Ltd.**        represented by   **Daniel Fernando Benavides**
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134
(305)-372-1800
Fax: (305)-372-2508
Email: dfb@kttlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth R. Hartmann**
Kozyak Tropin & Throckmorton, P.A.

2525 Ponce de Leon Blvd.
9th Floor
Miami, FL 33134
(305)-372-1800
Fax: (305)-372-3508
Email: krh@kttlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Hayes Curtin**
Lathrop & Gage, LC
230 Park Avenue, Suite 2400
New York, NY 10169
(212)-850-6241
Fax: (212)-850-6221
Email: tcurtin@lathropgage.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VFM Leonardo, Inc.**                represented by  **Carl M. Perri , Jr.**
Clausen Miller, P.C.,
One Chase Manhattan Plaza
New York, NY 10005
(212)-805-3900
Fax: (212)-805-3939
Email: cperri@clausen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew James Van Dusen**
Clausen Miller, PC
1 Chase Manhattan Plaza
New York, NY 10005
221-805-3900
Fax: 212-805-3939
Email: mvandusen@clausen.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**About, Inc.**                       represented by  **Carl M. Perri , Jr.**
*doing business as*                                    (See above for address)
About.com                                              *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Matthew James Van Dusen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lexyl Travel Technologies**                    represented by   **Carl M. Perri , Jr.**
*doing business as*                                              (See above for address)
Hotelplanner.com                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Matthew James Van Dusen**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Alliance Reservations Network**                represented by   **Carl M. Perri , Jr.**
*doing business as*                                              (See above for address)
Reservetravel.com                                               *ATTORNEY TO BE NOTICED*

                                                                **Matthew James Van Dusen**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Ana Cristina Marun**
*TERMINATED: 04/23/2014*
*doing business as*
Vipluxuryrentals.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Budgetworks, Inc.**
*doing business as*
Setaicondorentals.com

<u>**Defendant**</u>

**Delta Airlines**                               represented by   **Sim R. Shapiro**
*doing business as*                                              Baxter & Smith, P.C.,
Delta.com                                                       125 Jericho Turnpike
                                                                Jericho, NY 11753
                                                                (914)-684-1055
                                                                Fax: (914)-684-1058
                                                                Email: sshapiro@bssnylaw.com
                                                                *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Esslinger Wooten Maxwell, Inc.**               represented by   **Oscar Michelen**
*doing business as*                                              Cuomo LLC
Nelsongonzalez.com                                              200 Old Country Road Suite 2 South
                                                                Mineola, NY 11361
                                                                (516)-741-3222
                                                                Fax: (516)-741-3223
                                                                Email: omichelen@cuomollc.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**I4SITES**
*TERMINATED: 04/23/2014*
*doing business as*
I4SANUR.COM
*TERMINATED: 04/23/2014*

**Defendant**

**Jet Set Omnimedia**
*TERMINATED: 04/23/2014*
*doing business as*
Jetsetreport.com
*TERMINATED: 04/23/2014*

**Defendant**

**Jetblue Airways Corporation**            represented by   **Carl M. Perri , Jr.**
*doing business as*                                        (See above for address)
Jetblue.com                                               *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew James Van Dusen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Frommer Media**                          represented by   **Carl M. Perri , Jr.**
*doing business as*                                        (See above for address)
Frommers.com                                              *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew James Van Dusen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Kayak Software Corporation**             represented by   **Carl M. Perri , Jr.**
*doing business as*                                        (See above for address)
Kayak.com                                                 *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Matthew James Van Dusen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Tomlinson**
*TERMINATED: 04/23/2014*
*doing business as*
Kevintomlinson.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Kristine Hall**
*TERMINATED: 04/23/2014*
*doing business as*
Luxuryrentalsmiamibeach.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Linda Gustafson**
*TERMINATED: 04/23/2014*
*doing business as*
Lindagproperties.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Lorraine Travel**
*TERMINATED: 04/23/2014*
*doing business as*
Whatahotel.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Mysobe.com**
*doing business as*
Mysobe.com

<u>**Defendant**</u>

**Netadvantage.com**                        represented by   **Carl M. Perri , Jr.**
*doing business as*                                          (See above for address)
Ihsadvantage.com                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew James Van Dusen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Orbitz Worldwide LLC**                     represented by   **Sandra B. Saunders**
*doing business as*                                          McDermott Will & Emery LLP
Orbitz.com                                                  340 Madison Avenue
                                                            New York, NY 10173
                                                            (212)-547-5689

Fax: (212)-547-5444
Email: ssaunders@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Questex Media LLC**
*doing business as*
Fivestaralliance.com

**Defendant**

**Cedora, Inc.**
*doing business as*
Realadventures.com

**Defendant**

**Reef & Rainforest Dive & Adventure
Travel**
*TERMINATED: 04/28/2014*
*doing business as*
Reefrainforest.com
*TERMINATED: 04/28/2014*

**Defendant**

**Setai Owners LLC**                  represented by **Daniel Barrie Moar**
*doing business as*                              Goldberg Segalla, LLP (Buffalo)
Setai.com                                        665 Main Street, Suite 400
*doing business as*                              Buffalo, NY 14203
Setai-realty.com                                 (716)-844-3416
                                                 Fax: (716)-566-5401
                                                 Email: dmoar@goldbergsegalla.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Mark Howard Francis**
                                                 King & Spalding LLP (NYC)
                                                 1185 Avenue of the Americas
                                                 New York, NY 10036
                                                 (212)-556-2117
                                                 Fax: (212)-556-2222
                                                 Email: mfrancis@kslaw.com
                                                 *TERMINATED: 08/11/2014*
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Spa Finder, Inc.**
*doing business as*
Spafinder.com

**Defendant**

**The Leading Hotels of the World**
*doing business as*
LHW.com

**Defendant**

**This Exit LLC**                                    represented by   **Carl M. Perri , Jr.**
*doing business as*                                                 (See above for address)
Roadsideamerica.com                                                 *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Matthew James Van Dusen**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Track Entertainment**
*TERMINATED: 04/23/2014*
*doing business as*
Clubplanet.com
*TERMINATED: 04/23/2014*

**Defendant**

**Vacationidea Inc.**
*TERMINATED: 04/23/2014*
*doing business as*
Vacationidea.com
*TERMINATED: 04/23/2014*

**Defendant**

**Room77**
*doing business as*
Room77.com

**Defendant**

**Expedia, Inc.**                                    represented by   **Carl M. Perri , Jr.**
*doing business as*                                                 (See above for address)
Expedia.com                                                         *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Matthew James Van Dusen**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Hotels.com GP LLC**                                represented by   **Carl M. Perri , Jr.**
*doing business as*                                                 (See above for address)
Hotels.com                                                          *LEAD ATTORNEY*

*doing business as*
Travelnow.com

ATTORNEY TO BE NOTICED

**Matthew James Van Dusen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reseveration Counter**                    represented by   **Samuel Bayard**
*doing business as*                                          Davis Wright Tremaine LLP (NYC)
Reservationcounter.com                                       1633 Broadway
                                                             New York, NY 10019
                                                             (212) 489-8230
                                                             Fax: (212) 489-8340
                                                             Email: samuelbayard@dwt.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Carl M. Perri , Jr.**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Matthew James Van Dusen**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**American Airlines, Inc.**                 represented by   **William Harry Frankel**
*doing business as*                                          Brinks Gilson & Lione
AAVacations.com                                              455 N. Cityfront Plaza Drive
                                                             Chicago, IL 60611
                                                             (312) 321-7736
                                                             Fax: (312) 321-4299
                                                             Email: wfrankel@brinksgilson.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Dawn David**
                                                             Brinks Gilson & Lione
                                                             455 N Cityfront Plaza Drive
                                                             Chicago, IL 60657
                                                             (312)-840-3271
                                                             Email: ddavid@brinksgilson.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Disney Enterprises, Inc**
*TERMINATED: 04/23/2014*
*doing business as*

Go.com
*TERMINATED: 04/23/2014*

**Defendant**

**Gannett Satellite Information
Network, Inc**
*TERMINATED: 04/23/2014*
*doing business as*
Travel.usatoday.com
*TERMINATED: 04/23/2014*

**Defendant**

**United Airlines Inc.**                    represented by    **Carl M. Perri , Jr.**
*doing business as*                                          (See above for address)
Hotels.united.com                                           *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew James Van Dusen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Hotelsbyme.com**                         represented by    **Carl M. Perri , Jr.**
*doing business as*                                          (See above for address)
Hotelsbyme.com                                              *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Samuel Bayard**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Matthew James Van Dusen**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Time Inc. Lifestyle Group**
*TERMINATED: 04/23/2014*
*doing business as*
Coastalliving.com
*TERMINATED: 04/23/2014*

**Defendant**

**Samir Patel**
*TERMINATED: 04/23/2014*
*doing business as*
Miamicondorealty

*TERMINATED: 04/23/2014*
*doing business as*
Setaisouthbeach.com
*TERMINATED: 04/23/2014*
*doing business as*
Southbeachbrokers.com
*TERMINATED: 04/23/2014*

**Defendant**

**Daniel Hornek**
*TERMINATED: 04/23/2014*
*doing business as*
Miamicondosearch.com
*TERMINATED: 04/23/2014*
*doing business as*
Kafka-Franz.com
*TERMINATED: 04/23/2014*

**Defendant**

**Signature Travel Network**                represented by    **Kenneth Scott Weitzman**
*doing business as*                                          Weitzman Law Offices, LLC(NJ)
Signaturetravelnetwork.com                                  425 Eagle Rock Avenue
                                                            Suite 102
                                                            Roseland, NJ 07068
                                                            (973)403-9940
                                                            Fax: (973)403-9944
                                                            Email: kweitzman@weitzmanip.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard Straussman**
                                                            Locke Lord Bissell & Liddell LLP
                                                            (NYC)
                                                            3 World Trade Financial Center,20th
                                                            Floor
                                                            New York, NY 10281-2101
                                                            (212) 415-8510
                                                            Fax: (212) 303-2754
                                                            Email: rstraussman@lockelord.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Frosh International Travel, Inc.**        represented by    **Kenneth Scott Weitzman**
*doing business as*                                          (See above for address)
Froshvacations.com                                          *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard Straussman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vacations by Tzell**                    represented by   **Kenneth Scott Weitzman**
*doing business as*                                        (See above for address)
Vacationsbytzell.com                                       *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Richard Straussman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Austin American Statesman**
*TERMINATED: 04/23/2014*
*doing business as*
Statesman.com
*TERMINATED: 04/23/2014*

**Defendant**

**Sunny Realty**
*TERMINATED: 04/23/2014*
*doing business as*
Sunnyislesmiamirealestate.com
*TERMINATED: 04/23/2014*

**Defendant**

**Zimbio, Inc.**
*TERMINATED: 04/23/2014*
*doing business as*
Zimbio.com
*TERMINATED: 04/23/2014*

**Defendant**

**Andrew Harper**
*doing business as*
Andrewharper.com

**Defendant**

**Charles Kessler**
*TERMINATED: 04/23/2014*
*doing business as*
A1-discount-hotels.com
*TERMINATED: 04/23/2014*

**Defendant**

**Helen Siew**
*TERMINATED: 04/23/2014*
*doing business as*
Hotelspeedy.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Bookit.com Inc.**                    represented by   **Carl M. Perri , Jr.**
*doing business as*                                     (See above for address)
Bookit.com                                             *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Matthew James Van Dusen**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Chictip.com, LLC**
*TERMINATED: 04/23/2014*
*doing business as*
Chictip.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Turner Broadcasting System, Inc.**
*TERMINATED: 04/23/2014*
*doing business as*
CNNGO.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Daniel Chestnut**
*TERMINATED: 04/23/2014*
*doing business as*
Economybooking.com
*TERMINATED: 04/23/2014*

<u>**Defendant**</u>

**Escala Vacations**
*doing business as*
Escalavacations.com

<u>**Defendant**</u>

**Farebuzz**                           represented by   **Carl M. Perri , Jr.**
*doing business as*                                     (See above for address)
Farebuzz.com                                           *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Matthew James Van Dusen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fareportal Inc**                    represented by   **Carl M. Perri , Jr.**
*doing business as*                                    (See above for address)
Cheapoair.com                                          *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew James Van Dusen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Random House**                      represented by   **Carl M. Perri , Jr.**
*doing business as*                                    (See above for address)
Fodors.com                                             *ATTORNEY TO BE NOTICED*

                                                       **Matthew James Van Dusen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Twentieth Century Fox Film
Corporation**
*TERMINATED: 04/23/2014*
*doing business as*
Fox News Network, LLC
*TERMINATED: 04/23/2014*
*doing business as*
Foxnews.com
*TERMINATED: 04/23/2014*

**Defendant**

**Getaroom.com**                      represented by   **Carl M. Perri , Jr.**
*doing business as*                                    (See above for address)
Getaroom.com                                           *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew James Van Dusen**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Gogobot, Inc.**                     represented by   **Benjamin Herbert Klein**
*doing business as*                                    The Klein Firm LLC
Gogobot.com                                            61 Broadway, Suite 2125

New York, NY 10006
(646) 400-5491
Fax: (646) 368-8401
Email: bklein@thekleinfirm.com
*ATTORNEY TO BE NOTICED*

**Carl M. Perri , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew James Van Dusen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Haute Living**
*TERMINATED: 04/23/2014*
*doing business as*
Hauteliving.com
*TERMINATED: 04/23/2014*

**Defendant**

**Hipmunk, Inc.**
*doing business as*
Hipmunk.com

**Defendant**

**Hotelguides.com, Inc.**
*doing business as*
Hotelguides.com

**Defendant**

**Market ES Inc.**
*doing business as*
Hotels-and-discounts.com

**Defendant**

**Hotelstravel.com**
*doing business as*
Hotelstravel.com

**Defendant**

**Thehuffingtonpost.com, Inc.**
*TERMINATED: 04/23/2014*
*doing business as*
Huffingtonpost.com
*TERMINATED: 04/23/2014*

**Defendant**

**Esteban Oliverez**
*doing business as*
Insanelycheapflights.com

**Defendant**

**Luxemont**
*doing business as*
Justluxe.com

**Defendant**

**Lesueur Interiors**
*TERMINATED: 04/23/2014*
*doing business as*
Lesueurinteriorsblog.com
*TERMINATED: 04/23/2014*

**Defendant**

**Lonely Planet Global, Inc.**       represented by   **Carl M. Perri , Jr.**
*doing business as*                                  (See above for address)
Lonelyplanet.com                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Matthew James Van Dusen**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Luxe Travel, LLC**
*doing business as*
Luxetravel.com

**Defendant**

**Luxury Travel Media**
*doing business as*
Luxurytravelmagazine.com

**Defendant**

**Metro Travel Guide**                represented by   **Carl M. Perri , Jr.**
*doing business as*                                   (See above for address)
Metrotravelguide.com                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Matthew James Van Dusen**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Miami New Times, LLC**
*TERMINATED: 04/23/2014*
*doing business as*
Miaminewtimes.com
*TERMINATED: 04/23/2014*

<u>Defendant</u>

**Mobissimo Inc.**
*doing business as*
Mobissimo.com

<u>Defendant</u>

**Nextag, Inc.**                                    represented by **Aleksandr Korzh**
*doing business as*                                 Hopkins & Carley
Nextag.com                                          70 South First Street
                                                    San Jose, CA 95113
                                                    (408)-286-9800
                                                    Fax: (408)-998-4790
                                                    Email: akorzh@hopkinscarley.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Allonn Emmanuel Levy**
                                                    Hopkins & Carley
                                                    70 South First Street
                                                    San Jose, CA 95113
                                                    (408)-286-9800
                                                    Fax: (408)-998-4790
                                                    Email: alevy@hopkinscarley.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Edward Hernstadt**
                                                    Hernstadt Atlas, LLP
                                                    11 Broadway
                                                    Suite 615
                                                    New York, NY 10004
                                                    (212) 809-2501
                                                    Fax: (212) 214-0307
                                                    Email: ed@heatlaw.com
                                                    *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**The Nile Project, Inc.**
*TERMINATED: 04/23/2014*
*doing business as*
Nileguide.com
*TERMINATED: 04/23/2014*

<u>Defendant</u>

**Refinery29**
*TERMINATED: 04/23/2014*
*doing business as*
Refinery29.com
*TERMINATED: 04/23/2014*

**Defendant**

| | | |
|---|---|---|
| **Joe Mazzarella**<br>*doing business as*<br>Roomrate.com | represented by | **Paula Cruz Cedillo**<br>McCarter & English, LLP (CT)<br>CityPlace I, 185 Asylum Street, 36th Floor<br>Hartford, CT 06103<br>(860) 275-6700<br>Fax: (860) 724-3397<br>Email: pcedillo@mccarter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas J. Finn**<br>McCarter & English, LLP (CT)<br>CityPlace I, 185 Asylum Street, 36th Floor<br>Hartford, CT 06103<br>(860) 275-6700<br>Fax: (860) 724-3397<br>Email: tfinn@mccarter.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Travelocity.com LP**<br>*doing business as*<br>Travelocity.com | represented by | **Carl M. Perri , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew James Van Dusen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Tripadvisor LLC**<br>*doing business as*<br>Tripadvisor.com | represented by | **Carl M. Perri , Jr.**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew James Van Dusen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Tablet Inc**                                    represented by   **Vivian Drohan**
*doing business as*                                               Drohan & Lee LLP
Tablethotels.com                                                  489 5th Ave
                                                                  New York, NY 10017
                                                                  (212) 710-000
                                                                  Fax: (212) 710-0003
                                                                  Email: Vdrohan@dlkny.com
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**IBT Media Inc.**                                represented by   **Itai Maytal**
*doing business as*                                               IBT Media Inc.
IBTIMES.COM                                                       7 Hanover Square, 5th Fl.
                                                                  New York, NY 10007
                                                                  646-484-7555
                                                                  Fax: 646-484-7950
                                                                  Email: i.maytal@ibtimes.com
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Pegasus Solutions Inc.**                        represented by   **Carl M. Perri , Jr.**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Matthew James Van Dusen**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**WK Travel Inc.**
*doing business as*
TRAVELSPOT.US
*doing business as*
OneTravel.com

**Defendant**

**Qantas Airways Limited**
*doing business as*
QANTAS.COM.AU

**Defendant**

**Qatar Airways**                                 represented by   **Michael Aschen**
*doing business as*                                               Abelman Frayne & Schwab
QATARAIRWAYS.COM                                                  666 Third Avenue
                                                                  New York, NY 10017
                                                                  (212) 885-9107
                                                                  Fax: 212 949-9190

Email: maschen@lawabel.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Does 1-100**

**Cross Claimant**
**Delta Airlines**                           represented by  **Sim R. Shapiro**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**
**Travelocity.com LP**                       represented by  **Carl M. Perri , Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**
**Room77**

**Cross Defendant**
**Lexyl Travel Technologies**                represented by  **Carl M. Perri , Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**
**Hotelsbyme.com**                           represented by  **Carl M. Perri , Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Samuel Bayard**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**Farebuzz**                                 represented by  **Carl M. Perri , Jr.**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**
**WK Travel Inc.**

**Cross Defendant**

**Nextag, Inc.**                            represented by   **Aleksandr Korzh**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Allonn Emmanuel Levy**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Edward Hernstadt**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**American Airlines, Inc.**                 represented by   **William Harry Frankel**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Dawn David**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kayak Software Corporation**              represented by   **Carl M. Perri , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Vacations by Tzell**                      represented by   **Kenneth Scott Weitzman**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Richard Straussman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bookit.com Inc.**                         represented by   **Carl M. Perri , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Andrew Harper**

**Cross Defendant**

**Qantas Airways Limited**

**Cross Defendant**

**Luxe Travel, LLC**

**Cross Defendant**

**Signature Travel Network**                  represented by   **Kenneth Scott Weitzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Straussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**United Airlines Inc.**                          represented by   **Carl M. Perri , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Tablet Inc**                                         represented by   **Vivian Drohan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Frosh International Travel, Inc.**         represented by   **Kenneth Scott Weitzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Straussman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Expedia, Inc.**                                    represented by   **Carl M. Perri , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Random House**                                 represented by   **Carl M. Perri , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Netadvantage.com**                          represented by   **Carl M. Perri , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Market ES Inc.**

**Cross Defendant**

**Pegasus Solutions Inc.**                    represented by   **Carl M. Perri , Jr.**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Orbitz Worldwide LLC**                      represented by   **Sandra B. Saunders**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Spa Finder, Inc.**

**Cross Defendant**

**This Exit LLC**                             represented by   **Carl M. Perri , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cedora, Inc.**

**Cross Defendant**

**The Leading Hotels of the World**

**Cross Defendant**

**Hotels.com GP LLC**                         represented by   **Carl M. Perri , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Reseveration Counter**                      represented by   **Samuel Bayard**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

|  | | Carl M. Perri , Jr. |
|---|---|---|
|  | | (See above for address) |
|  | | *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**IBT Media Inc.**                          represented by   **Itai Maytal**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Esslinger Wooten Maxwell, Inc.**          represented by   **Oscar Michelen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**The Wave Studio, LLC**                    represented by   **Cameron Sean Reuber**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jonathan Webster Thomas**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hotelguides.com, Inc.**

**Cross Defendant**

**Esteban Oliverez**

**Cross Defendant**

**Getaroom.com**                            represented by   **Carl M. Perri , Jr.**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Frommer Media**                           represented by   **Carl M. Perri , Jr.**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hipmunk, Inc.**

**Cross Defendant**

**Metro Travel Guide**                      represented by   **Carl M. Perri , Jr.**
                                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Joe Mazzarella**                    represented by  **Paula Cruz Cedillo**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Thomas J. Finn**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Qatar Airways**                     represented by  **Michael Aschen**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Tripadvisor LLC**                   represented by  **Carl M. Perri , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Setai Owners LLC**                  represented by  **Daniel Barrie Moar**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Mark Howard Francis**
                                                      (See above for address)
                                                      *TERMINATED: 08/11/2014*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hotelstravel.com**

**Cross Defendant**

**Lonely Planet Global, Inc.**        represented by  **Carl M. Perri , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gogobot, Inc.**                     represented by  **Benjamin Herbert Klein**
                                                      (See above for address)

*ATTORNEY TO BE NOTICED*

**Carl M. Perri , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Fareportal Inc**                          represented by  **Carl M. Perri , Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Luxury Travel Media**

**Cross Defendant**

**Does 1-100**

**Cross Defendant**

**Jetblue Airways Corporation**              represented by  **Carl M. Perri , Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Budgetworks, Inc.**

**Cross Defendant**

**General Hotel Management Ltd.**            represented by  **Daniel Fernando Benavides**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kenneth R. Hartmann**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Thomas Hayes Curtin**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Luxemont**

**Cross Defendant**

**Alliance Reservations Network**           represented by

**Carl M. Perri , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Mobissimo Inc.**

**Cross Defendant**

**VFM Leonardo, Inc.**                     represented by   **Carl M. Perri , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Mysobe.com**

**Cross Defendant**

**Escala Vacations**

**Cross Defendant**

**Questex Media LLC**

**Cross Defendant**

**About, Inc.**                            represented by   **Carl M. Perri , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Delta Airlines**                         represented by   **Sim R. Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**The Wave Studio, LLC**                   represented by   **Cameron Sean Reuber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Webster Thomas**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/31/2013 | 1 | |

COMPLAINT against About, Inc., Alliance Reservations Network, American Airlines, Inc., Austin American Statesman, Bookit.com Inc., Budgetworks, Inc., Cedora, Inc., Daniel Chestnut, Chictip.com, LLC, Delta Airlines, Disney Enterprises, Inc, Escala Vacations, Esslinger Wooten Maxwell, Inc., Expedia, Inc., Farebuzz, Fareportal Inc, Frommer Media, Frosh International Travel, Inc., Gannett Satellite Information Network, Inc, General Home Management Ltd., Getaroom.com, Gogobot, Inc., Linda Gustafson, Kristine Hall, Andrew Harper, Haute Living, Hipmunk, Inc., Daniel Hornek, Hotelguides.com, Inc., Hotels.com GP LLC, Hotelsbyme.com, Hotelstravel.com, I4SITES, Jet Set Omnimedia, Jetblue Airways Corporation, Kayak Software Corporation, Charles Kessler, Lesueur Interiors, Lexyl Travel Technologies, Lonely Planet Global, Inc., Lorraine Travel, Luxe Travel, LLC, Luxemont, Luxury Travel Media, Market ES Inc., Ana Cristina Marun, Joe Mazzarella, Metro Travel Guide, Miami New Times, LLC, Mobissimo Inc., Mysobe.com, Netadvantage.com, Nextag, Inc., Esteban Oliverez, Orbitz Worldwide LLC, Samir Patel, Questex Media LLC, Random House, Reef & Rainforest Dive & Adventure Travel, Refinery29, Reseveration Counter, Room77, Setai Owners LLC, Helen Siew, Signature Travel Network, Spa Finder, Inc., Sunny Realty, Tablet Inc, The Leading Hotels of the World, The Nile Project, Inc., Thehuffingtonpost.com, Inc., This Exit LLC, Time Inc. Lifestyle Group, Kevin Tomlinson, Track Entertainment, Travelocity.com LP, Tripadvisor LLC, Turner Broadcasting System, Inc., Twentieth Century Fox Film Corporation, United Airlines Inc., VFM Leonardo, Inc., Vacationidea Inc., Vacations by Tzell, Zimbio, Inc. (Filing Fee $350.00, Receipt Number 465407007511) Document filed by The Wave Studio, LLC. (Attachments: # 1 Exhibit 1-1, # 2 Exhibit 1-2, # 3 Exhibit 1-3, # 4 Exhibit 1-4, # 5 Exhibit 1-5, # 6 Exhibit 1-6, # 7 Exhibit 1-7, # 8 Exhibit 1-8, # 9 Exhibit 1-9, # 10 Exhibit 1-10, # 11 Exhibit 1-12, # 12 Exhibit 2, # 13 Exhibit 3, # 14 Exhibit 4, # 15 Exhibit 5, # 16 Exhibit 6, # 17 Exhibit 7, # 18 Exhibit 8, # 19 Exhibit 9, # 20 Exhibit 10, # 21 Exhibit 11, # 22 Exhibit 12, # 23 Exhibit 13, # 24 Exhibit 14-1, Exhibit 14-2, # 26 Exhibit 15, # 27 Exhibit 16, # 28 Exhibit 17, # 29 Exhibit 18, # 30 Exhibit 19-1, # 31 Exhibit 19-2, # 32 Exhibit 20, # 33 Exhibit 21-1, # 34 Exhibit 21-2, # 35 Exhibit 22, # 36 Exhibit 23, # 37 Exhibit 24, # 38 Exhibit 25, # 39 Exhibit 26, # 40 Exhibit 27, # 41 Exhibit 28, # 42 Exhibit 29, # 43 Exhibit 30, # 44 Exhibit 31, # 45 Exhibit 32, # 46 Exhibit 33, # 47 Exhibit 34, # 48 Exhibit 35, # 49 Exhibit 36, # 50 Exhibit 37, # 51 Exhibit 38, # 52 Exhibit 39, # 53 Exhibit 40, # 54 Exhibit 41, # 55 Exhibit 42, # 56 Exhibit 43, # 57 Exhibit 44, # 58 Exhibit 45, # 59 Exhibit 46, # 60 Exhibit 47, # 61 Exhibit 48, # 62 Exhibit 49, # 63 Exhibit 50, # 64 Exhibit 51, # 65 Exhibit 52, # 66 Exhibit 53, # 67 Exhibit 54, # 68 Exhibit 55, # 69 Exhibit 56, # 70 Exhibit 57, # 71 Exhibit 58, # 72 Exhibit 59, # 73 Exhibit 60, # 74 Exhibit 61, # 75 Exhibit 62, # 76 Exhibit 63, # 77 Exhibit 64, # 78 Exhibit 65, # 79 Exhibit 66, # 80 Exhibit 67, # 81 Exhibit 68, # 82 Exhibit 69, # 83 Exhibit 70, # 84 Exhibit 71, # 85 Exhibit 72, # 86 Exhibit 73, # 87 Exhibit 74-1, # 88 Exhibit 74-2, # 89 Exhibit 75, # 90 Exhibit 76, # 91 Exhibit 77, # 92 Exhibit 78, # 93 Exhibit 79, # 94 Exhibit 80, # 95 Exhibit 81, # 96 Exhibit 82, # 97 Exhibit 83, # 98 Exhibit 84, # 99 Exhibit 1-11) (lnl) (Entered: 01/02/2014)

| | |
|---|---|
| 12/31/2013 | SUMMONS ISSUED as to About, Inc., Alliance Reservations Network, American Airlines, Inc., Austin American Statesman, Bookit.com Inc., |

| | | Budgetworks, Inc., Cedora, Inc., Daniel Chestnut, Chictip.com, LLC, Delta Airlines, Disney Enterprises, Inc, Escala Vacations, Esslinger Wooten Maxwell, Inc., Expedia, Inc., Farebuzz, Fareportal Inc, Frommer Media, Frosh International Travel, Inc., Gannett Satellite Information Network, Inc, General Home Management Ltd., Getaroom.com, Gogobot, Inc., Linda Gustafson, Kristine Hall, Andrew Harper, Haute Living, Hipmunk, Inc., Daniel Hornek, Hotelguides.com, Inc., Hotels.com GP LLC, Hotelsbyme.com, Hotelstravel.com, I4SITES, Jet Set Omnimedia, Jetblue Airways Corporation, Kayak Software Corporation, Charles Kessler, Lesueur Interiors, Lexyl Travel Technologies, Lonely Planet Global, Inc., Lorraine Travel, Luxe Travel, LLC, Luxemont, Luxury Travel Media, Market ES Inc., Ana Cristina Marun, Joe Mazzarella, Metro Travel Guide, Miami New Times, LLC, Mobissimo Inc., Mysobe.com, Netadvantage.com, Nextag, Inc., Esteban Oliverez, Orbitz Worldwide LLC, Samir Patel, Questex Media LLC, Random House, Reef & Rainforest Dive & Adventure Travel, Refinery29, Reseveration Counter, Room77, Setai Owners LLC, Helen Siew, Signature Travel Network, Spa Finder, Inc., Sunny Realty, Tablet Inc, The Leading Hotels of the World, The Nile Project, Inc., Thehuffingtonpost.com, Inc., This Exit LLC, Time Inc. Lifestyle Group, Kevin Tomlinson, Track Entertainment, Travelocity.com LP, Tripadvisor LLC, Turner Broadcasting System, Inc., Twentieth Century Fox Film Corporation, United Airlines Inc., VFM Leonardo, Inc., Vacationidea Inc., Vacations by Tzell, Zimbio, Inc. (lnl) (Entered: 01/02/2014) |
| 12/31/2013 | | Case Designated ECF. (lnl) (Entered: 01/02/2014) |
| 12/31/2013 | | Magistrate Judge Paul E. Davison is so designated. (lnl) (Entered: 01/02/2014) |
| 12/31/2013 | | Mailed notice to Register of Copyrights to report the filing of this action. (lnl) (Entered: 01/02/2014) |
| 01/16/2014 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by The Wave Studio, LLC.(Reuber, Cameron) (Entered: 01/16/2014) |
| 02/28/2014 | 3 | NOTICE OF APPEARANCE by Oscar Michelen on behalf of Esslinger Wooten Maxwell, Inc.. (Michelen, Oscar) (Entered: 02/28/2014) |
| 02/28/2014 | 4 | WAIVER OF SERVICE RETURNED EXECUTED. Esslinger Wooten Maxwell, Inc. waiver sent on 2/6/2014, answer due 4/7/2014. Document filed by Esslinger Wooten Maxwell, Inc.. (Michelen, Oscar) (Entered: 02/28/2014) |
| 03/12/2014 | 5 | NOTICE OF CHANGE OF ADDRESS by Oscar Michelen on behalf of Esslinger Wooten Maxwell, Inc.. New Address: Cuomo LLC, 200 Old Country Road, Suite 2 South, Mineola, New York, USA 11501, 516-741-3222. (Michelen, Oscar) (Entered: 03/12/2014) |
| 04/23/2014 | 6 | **DOCUMENT REFERRED TO JUDGE FOR APPROVAL** - NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, against the defendant(s) Austin American Statesman, Daniel Chestnut, Chictip.com, LLC, Disney Enterprises, Inc, Gannett Satellite Information Network, Inc, Linda |

| | | |
|---|---|---|
| | | Gustafson, Kristine Hall, Haute Living, Daniel Hornek, I4SITES, Jet Set Omnimedia, Charles Kessler, Lesueur Interiors, Lorraine Travel, Ana Cristina Marun, Miami New Times, LLC, Samir Patel, Reef & Rainforest Dive & Adventure Travel, Refinery29, Helen Siew, Sunny Realty, The Nile Project, Inc., Thehuffingtonpost.com, Inc., Time Inc. Lifestyle Group, Kevin Tomlinson, Track Entertainment, Turner Broadcasting System, Inc., Twentieth Century Fox Film Corporation, Vacationidea Inc., Zimbio, Inc.. Document filed by All Plaintiffs. (Reuber, Cameron) Modified on 4/24/2014 (km). (Entered: 04/23/2014) |
| 04/23/2014 | 7 | FIRST AMENDED COMPLAINT amending 1 Complaint,,,,,,,,,,,,,, against About, Inc., Alliance Reservations Network, American Airlines, Inc., Bookit.com Inc., Budgetworks, Inc., Cedora, Inc., Delta Airlines, Escala Vacations, Esslinger Wooten Maxwell, Inc., Expedia, Inc., Farebuzz, Fareportal Inc, Frommer Media, Frosh International Travel, Inc., General Hotel Management Ltd., Getaroom.com, Gogobot, Inc., Andrew Harper, Hipmunk, Inc., Hotelguides.com, Inc., Hotels.com GP LLC, Hotelsbyme.com, Hotelstravel.com, Jetblue Airways Corporation, Kayak Software Corporation, Lexyl Travel Technologies, Lonely Planet Global, Inc., Luxe Travel, LLC, Luxemont, Luxury Travel Media, Market ES Inc., Joe Mazzarella, Metro Travel Guide, Mobissimo Inc., Mysobe.com, Netadvantage.com, Nextag, Inc., Esteban Oliverez, Orbitz Worldwide LLC, Questex Media LLC, Random House, Reseveration Counter, Room77, Setai Owners LLC, Signature Travel Network, Spa Finder, Inc., Tablet Inc, The Leading Hotels of the World, This Exit LLC, Travelocity.com LP, Tripadvisor LLC, United Airlines Inc., VFM Leonardo, Inc., Vacations by Tzell, IBT Media Inc., Pegasus Solutions Inc., WK Travel Inc., Qantas Airways Limited, Qatar Airways with JURY DEMAND.Document filed by The Wave Studio, LLC. Related document: 1 Complaint,,,,,,,,,,,,,, filed by The Wave Studio, LLC.(Reuber, Cameron) (Entered: 04/23/2014) |
| 04/23/2014 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Pegasus Solutions, Inc., WK Travel Inc., IBT Media Inc., Qantas Airways Limited, Qatar Airways, re: 7 Amended Complaint,,,,, Document filed by The Wave Studio, LLC. (Reuber, Cameron) (Entered: 04/23/2014) |
| 04/23/2014 | 9 | ELECTRONIC SUMMONS ISSUED as to IBT Media Inc., Pegasus Solutions Inc., Qantas Airways Limited, Qatar Airways, WK Travel Inc.. (sj) (Entered: 04/25/2014) |
| 04/24/2014 | | ***NOTE TO ATTORNEY - DOCUMENT REFERRED TO JUDGE FOR APPROVAL. Note to Attorney Cameron Reuber Document 6 Notice of Voluntary Dismissal was referred to Judge Cathy Seibel for approval. (km) (Entered: 04/24/2014) |
| 04/24/2014 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. The following party has been modified:IBT MEDIA INC., QANTAS AIRWAYS LIMITED, QATAR AIRWAYS, WK TRAVEL INC.The party has been modified for the following reason(s): Alias information not entered. (sj) (Entered: 04/24/2014) |
| 04/28/2014 | 10 | NOTICE OF PARTIAL DISMISSAL: TAKE NOTICE, Plaintiff The Wave Studio, LLC, under Fed.R.Civ.P. 4l(a)(1)(A)(i), hereby voluntarily dismisses all |

| | | |
|---|---|---|
| | | claims in the above-captioned civil action as to the following Defendants, none of which have answered Plaintiff's Complaint or filed a motion for summary judgment; as set forth. SO ORDERED. (Signed by Judge Cathy Seibel on 4/25/2014) (See NOTICE as set forth) (lnl) (Entered: 04/28/2014) |
| 04/28/2014 | 11 | CLERK CERTIFICATE OF MAILING of one copy of the Summons and Amended Complaint mailed to General Hotel Management, Ltd at the following address: General Hotel Management Ltd, No. 1 Orchard Spring Lane, #4-02 Tourism Court, Singapore 247729 on 4/28/2014 by Registered Mail tracking # RA381011619, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii). (fk) (Entered: 04/29/2014) |
| 04/30/2014 | 12 | NOTICE OF APPEARANCE by Carl M. Perri, Jr on behalf of VFM Leonardo, Inc.. (Perri, Carl) (Entered: 04/30/2014) |
| 04/30/2014 | 13 | WAIVER OF SERVICE RETURNED EXECUTED. VFM Leonardo, Inc. waiver sent on 4/25/2014, answer due 6/24/2014. Document filed by VFM Leonardo, Inc.. (Perri, Carl) (Entered: 04/30/2014) |
| 05/02/2014 | 14 | NOTICE OF APPEARANCE by Vivian Drohan on behalf of Tablet Inc. (Drohan, Vivian) (Entered: 05/02/2014) |
| 05/05/2014 | 15 | ANSWER to 7 Amended Complaint,,,,,. Document filed by Esslinger Wooten Maxwell, Inc..(Michelen, Oscar) (Entered: 05/05/2014) |
| 05/13/2014 | 16 | CONSENT LETTER MOTION for Extension of Time to File Answer *to First Amended Complaint* addressed to Judge Cathy Seibel from Benjamin H. Klein dated May 13, 2014. Document filed by Gogobot, Inc..(Klein, Benjamin) (Entered: 05/13/2014) |
| 05/13/2014 | 17 | ORDER granting 16 Letter Motion for Extension of Time to Answer: Gogobot, Inc. answer due 6/30/2014 (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 05/13/2014) |
| 05/14/2014 | 18 | NOTICE OF APPEARANCE by Carl M. Perri, Jr on behalf of About, Inc., Bookit.com Inc., Expedia, Inc., Farebuzz, Fareportal Inc, Frommer Media, Getaroom.com, Hotels.com GP LLC, Jetblue Airways Corporation, Kayak Software Corporation, Lonely Planet Global, Inc., Metro Travel Guide, Netadvantage.com, This Exit LLC, Travelocity.com LP, Tripadvisor LLC. (Perri, Carl) (Entered: 05/14/2014) |
| 05/14/2014 | 19 | LETTER addressed to Judge Cathy Seibel from Carl M. Perri, Esq. dated May 14, 2014 re: Extension. Document filed by About, Inc., Bookit.com Inc., Expedia, Inc., Farebuzz, Fareportal Inc, Frommer Media, Getaroom.com, Hotels.com GP LLC, Jetblue Airways Corporation, Kayak Software Corporation, Lonely Planet Global, Inc., Metro Travel Guide, Netadvantage.com, This Exit LLC, Travelocity.com LP, Tripadvisor LLC. (Perri, Carl) (Entered: 05/14/2014) |
| 05/15/2014 | 20 | NOTICE OF APPEARANCE by Mark Howard Francis on behalf of Setai Owners LLC. (Francis, Mark) (Entered: 05/15/2014) |
| 05/15/2014 | 21 | |

| | | LETTER MOTION for Extension of Time to File Answer addressed to Judge Cathy Seibel from Mark H. Francis dated May 15, 2014. Document filed by Setai Owners LLC.(Francis, Mark) (Entered: 05/15/2014) |
|---|---|---|
| 05/15/2014 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Lehman Brothers Holdings Inc. for Setai Owners LLC. Document filed by Setai Owners LLC.(Francis, Mark) (Entered: 05/15/2014) |
| 05/15/2014 | 23 | ORDER granting 21 Letter Motion for Extension of Time to Answer: All Defendants may have until 7/8/14 to answer or seek a pre-motion conference. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 05/15/2014) |
| 05/15/2014 | 24 | MEMO ENDORSEMENT on 19 LETTER addressed to Judge Cathy Seibel from Carl M. Perri, Esq. dated May 14, 2014 re: Extension. ENDORSEMENT: Application Granted. So Ordered. About, Inc. answer due 6/20/2014; Bookit.com Inc. answer due 6/20/2014; Expedia, Inc. answer due 6/20/2014; Farebuzz answer due 6/20/2014; Fareportal Inc answer due 6/20/2014; Frommer Media answer due 6/20/2014; Getaroom.com answer due 6/20/2014; Hotels.com GP LLC answer due 6/20/2014; Jetblue Airways Corporation answer due 6/20/2014; Kayak Software Corporation answer due 6/20/2014; Lonely Planet Global, Inc. answer due 6/20/2014; Metro Travel Guide answer due 6/20/2014; Netadvantage.com answer due 6/20/2014; This Exit LLC answer due 6/20/2014; Travelocity.com LP answer due 6/20/2014; Tripadvisor LLC answer due 6/20/2014. (Signed by Judge Cathy Seibel on 5/14/2014) (lnl) (Entered: 05/15/2014) |
| 05/15/2014 | 25 | MOTION for Dawn M. David to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9677928. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Airlines, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(David, Dawn) (Entered: 05/15/2014) |
| 05/15/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 25 MOTION for Dawn M. David to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9677928. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi) (Entered: 05/15/2014)** |
| 05/15/2014 | 26 | MOTION for William H. Frankel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9678070. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Airlines, Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(David, Dawn) (Entered: 05/15/2014) |
| 05/15/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 26 MOTION for William H. Frankel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9678070. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi) (Entered: 05/15/2014)** |
| 05/15/2014 | 27 | |

| | | ORDER granting 25 Motion for Dawn M. David to Appear Pro Hac Vice (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 05/15/2014) |
|---|---|---|
| 05/15/2014 | 28 | ORDER granting 26 Motion for William H. Frankel to Appear Pro Hac Vice (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 05/15/2014) |
| 05/15/2014 | 29 | NOTICE OF APPEARANCE by William Harry Frankel on behalf of American Airlines, Inc.. (Frankel, William) (Entered: 05/15/2014) |
| 05/15/2014 | 30 | NOTICE OF APPEARANCE by Sandra B. Saunders on behalf of Orbitz Worldwide LLC. (Saunders, Sandra) (Entered: 05/15/2014) |
| 05/15/2014 | 31 | LETTER MOTION for Extension of Time to File Answer re: 7 Amended Complaint,,,,, addressed to Judge Cathy Seibel from Sandra B. Saunders dated May 15, 2014. Document filed by Orbitz Worldwide LLC. (Attachments: # 1 Stipulation)(Saunders, Sandra) (Entered: 05/15/2014) |
| 05/15/2014 | 32 | LETTER MOTION for Extension of Time to File Answer re: 7 Amended Complaint,,,,, addressed to Judge Cathy Seibel from Dawn M. David dated 05/13/2014. Document filed by American Airlines, Inc.. (Attachments: # 1 Stipulation)(David, Dawn) (Entered: 05/15/2014) |
| 05/16/2014 | 33 | NOTICE OF APPEARANCE by Samuel Bayard on behalf of Hotelsbyme.com, Reseervation Counter. (Bayard, Samuel) (Entered: 05/16/2014) |
| 05/16/2014 | 34 | LETTER addressed to Judge Cathy Seibel from Samuel M. Bayard dated May 16, 2014 re: Extension of time to answer or otherwise respond to the Complaint. Document filed by Hotelsbyme.com, Reseervation Counter.(Bayard, Samuel) (Entered: 05/16/2014) |
| 05/19/2014 | 35 | ORDER granting 31 Letter Motion for Extension of Time to Answer: All Defendants now have until 7/8/14 to answer per my 5/15/14 text-only order. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 05/19/2014) |
| 05/19/2014 | 36 | ORDER granting 32 Letter Motion for Extension of Time to Answer: All Defendants have until 7/8/14 to answer per my 5/15/14 text-only Order. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 05/19/2014) |
| 05/19/2014 | 37 | ENDORSED LETTER addressed to Judge Cathy Seibel from Randall G. Martinsen dated 5/14/2014 re: Mr. Martinsen writes: I have attempted to retain an attorney in the State of New York to answer the Summons against defendant BudgetWorks Inc. D/B/A SETAICONDORENTALS.COM as named in Schedule A of this Civil Action because I was told by your Pro Se Clerk that an attorney must represent a corporation in order to file the Answer. Sadly, the least expensive attorney I am able to find in the short window of 21 days from the date I was served requires a minimum retainer of $10,000 to simply file the Answer with the Court. ENDORSEMENT: Application Denied. Along with the privilege of doing business as a corporation comes the obligation to appear in court through counsel. All parties now have until 7/8/14 to answer so hopefully |

|            |    | between now & then this Defendant can wither obtain counsel or work something out with the Plaintiff. The Clerk of Court is respectfully directed to mail this Order to BudgetWorks, Inc. So Ordered. (Signed by Judge Cathy Seibel on 5/19/2014) The Clerks Office Has Mailed Copies. (lnl) (Entered: 05/19/2014) |
|------------|----|------------|
| 05/19/2014 | 38 | NOTICE OF APPEARANCE by Itai Maytal on behalf of IBT Media Inc.. (Maytal, Itai) (Entered: 05/19/2014) |
| 05/19/2014 | 39 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by IBT Media Inc..(Maytal, Itai) (Entered: 05/19/2014) |
| 05/21/2014 | 40 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent American Airlines Group, Inc., Other Affiliate American Airlines Vacations LLC for American Airlines, Inc.. Document filed by American Airlines, Inc..(David, Dawn) (Entered: 05/21/2014) |
| 05/23/2014 | 41 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Hotelsbyme.com.(Bayard, Samuel) (Entered: 05/23/2014) |
| 06/06/2014 | 42 | ANSWER to 7 Amended Complaint,,,,, with JURY DEMAND. Document filed by Nextag, Inc..(Hernstadt, Edward) (Entered: 06/06/2014) |
| 06/06/2014 | 43 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Allonn E. Levy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9755713. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nextag, Inc..(Hernstadt, Edward) Modified on 6/9/2014 (wb). (Entered: 06/06/2014) |
| 06/06/2014 | 44 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Aleksandr Korzh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9755724. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nextag, Inc..(Hernstadt, Edward) Modified on 6/9/2014 (wb). (Entered: 06/06/2014) |
| 06/06/2014 | 45 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Nextag, Inc..(Hernstadt, Edward) (Entered: 06/06/2014) |
| 06/09/2014 |    | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Document No. 43 MOTION for Allonn E. Levy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9755713. Motion and supporting papers to be reviewed by Clerk's Office staff.. 44 MOTION for Aleksandr Korzh to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9755724. Motion and supporting papers to be reviewed by Clerk's Office staff.. Certificate of Good Standing Must be issued from Supreme Court of California with a Clerk of Court Signature. Re-file the document as a Corrected Motion to Appear Pro Hac Vice and attach a valid Certificate of Good Standing, issued within the past 30 days. (wb) (Entered: 06/09/2014)** |
| 06/16/2014 | 46 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Tablet Inc.(Drohan, Vivian) (Entered: 06/16/2014) |
| 06/16/2014 | 47 |  |

| | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Partner Fusion, Inc for Reseveration Counter. Document filed by Reseveration Counter.(Bayard, Samuel) (Entered: 06/16/2014) |
|---|---|---|
| 06/18/2014 | 48 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by General Hotel Management Ltd..(Curtin, Thomas) (Entered: 06/18/2014) |
| 06/18/2014 | 49 | ANSWER to 7 Amended Complaint,,,,,. Document filed by General Hotel Management Ltd..(Curtin, Thomas) (Entered: 06/18/2014) |
| 06/18/2014 | 50 | LETTER MOTION for Conference addressed to Judge Cathy Seibel from Daniel F. Benavides dated June 18, 2014. Document filed by General Hotel Management Ltd..(Curtin, Thomas) (Entered: 06/18/2014) |
| 06/20/2014 | 51 | ORDER granting 50 Letter Motion for Conference: Pre-Motion Conference set for 7/2/2014 at 02:30 PM in Courtroom 621, 300 Quarropas Street, White Plains, NY 10601 before Judge Cathy Seibel. Opposing parties should state their position, by letter not to exceed three pages, by 6/26/2014. (Defendants who concur with Defendant GHM's proposal need not write; the Court will assume that any party from whom it does not hear is in agreement with Defendant GHM's proposal.) (HEREBY ORDERED by Judge Cathy Seibel) (Text Only Order) (Seibel, Cathy) (Entered: 06/20/2014) |
| 06/20/2014 | 52 | MOTION for Allonn Levy to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nextag, Inc..(Hernstadt, Edward) (Entered: 06/20/2014) |
| 06/20/2014 | 53 | MOTION for Aleksandr Korzh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Nextag, Inc..(Hernstadt, Edward) (Entered: 06/20/2014) |
| 06/20/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 53 MOTION for Aleksandr Korzh to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 52 MOTION for Allonn Levy to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 06/20/2014) |
| 06/23/2014 | 54 | ORDER granting 52 Motion for Allonn Levy to Appear Pro Hac Vice (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 06/23/2014) |
| 06/23/2014 | 55 | ORDER granting 53 Motion for Aleksandr Korzh to Appear Pro Hac Vice (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 06/23/2014) |
| 06/24/2014 | 56 | NOTICE OF APPEARANCE by Carl M. Perri, Jr on behalf of Hotelsbyme.com, Lexyl Travel Technologies, United Airlines Inc.. (Perri, Carl) (Entered: 06/24/2014) |
| 06/25/2014 | 57 | MOTION for Kenneth R. Hartmann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9821780. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by General Hotel |

| | | |
|---|---|---|
| | | Management Ltd.. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Good Standing)(Hartmann, Kenneth) (Entered: 06/25/2014) |
| 06/25/2014 | | >>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 57 MOTION for Kenneth R. Hartmann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208-9821780. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sdi) (Entered: 06/25/2014) |
| 06/25/2014 | 58 | NOTICE OF APPEARANCE by Daniel Fernando Benavides on behalf of General Hotel Management Ltd.. (Benavides, Daniel) (Entered: 06/25/2014) |
| 06/25/2014 | 59 | ORDER granting 57 Motion for Kenneth R. Hartmann to Appear Pro Hac Vice (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 06/25/2014) |
| 06/26/2014 | 60 | LETTER addressed to Judge Cathy Seibel from Cameron S. Reuber dated 06/26/14 re: response to General Hotel Management Ltd.'s request for a pre-motion conference. Document filed by The Wave Studio, LLC.(Reuber, Cameron) (Entered: 06/26/2014) |
| 06/27/2014 | 61 | NOTICE OF APPEARANCE by Jonathan Webster Thomas on behalf of The Wave Studio, LLC. (Thomas, Jonathan) (Entered: 06/27/2014) |
| 07/01/2014 | 62 | NOTICE OF APPEARANCE by Thomas J. Finn on behalf of Joe Mazzarella. (Finn, Thomas) (Entered: 07/01/2014) |
| 07/01/2014 | 63 | NOTICE OF APPEARANCE by Paula Cruz Cedillo on behalf of Joe Mazzarella. (Cedillo, Paula) (Entered: 07/01/2014) |
| 07/01/2014 | 64 | NOTICE OF APPEARANCE by Carl M. Perri, Jr on behalf of Alliance Reservations Network, Gogobot, Inc., Pegasus Solutions Inc., Random House, Reseveration Counter. (Perri, Carl) (Entered: 07/01/2014) |
| 07/02/2014 | 65 | NOTICE OF APPEARANCE by Kenneth Scott Weitzman on behalf of Frosh International Travel, Inc., Signature Travel Network, Vacations by Tzell. (Weitzman, Kenneth) (Entered: 07/02/2014) |
| 07/02/2014 | | Minute Entry for proceedings held before Judge Cathy Seibel: Court sets discovery deadline of December 31, 2014. Counsel to submit Case Management Plan by 7/3/14 before noon. Status conference January 8, 2015 at 10:00 a.m.; premotion letter (for plaintiff and defendant General Hotel Management only) 12/19; opposition 12/31. As to the remaining defendants, this case is stayed. REFERRED TO MAGISTRATE JUDGE DAVISON FOR SETTLEMENT. See transcript.(Court Reporter Christina Arends-Dieck) (rj) (Entered: 07/03/2014) |
| 07/03/2014 | 66 | AMENDED ANSWER to 7 Amended Complaint,,,,,. Document filed by General Hotel Management Ltd.. (Curtin, Thomas) (Entered: 07/03/2014) |
| 07/03/2014 | 67 | ORDER: For the reasons set forth on the record at the conference held July 2, 2014, and on consent of the parties, this case is stayed as to all Defendants with the exception of Defendant General Hotel Management Ltd. ("GHM"). Defendants are not required to file answers while the case is stayed. Discovery |

|  |  | shall proceed, as described at the conference, between Plaintiff and GHM only. The other Defendants need not appear at the scheduled status conference on January 8, 2015 at 10:00 a.m., unless the Court orders otherwise. (Signed by Judge Cathy Seibel on 7/3/2014) (rj) (Entered: 07/03/2014) |
|---|---|---|
| 07/03/2014 | 68 | NOTICE OF APPEARANCE by Aleksandr Korzh on behalf of Nextag, Inc.. (Korzh, Aleksandr) (Entered: 07/03/2014) |
| 07/03/2014 | 69 | NOTICE OF APPEARANCE by Allonn Emmanuel Levy on behalf of Nextag, Inc.. (Levy, Allonn) (Entered: 07/03/2014) |
| 07/03/2014 | 70 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by The Wave Studio, LLC.(Thomas, Jonathan) (Entered: 07/03/2014) |
| 07/03/2014 | 71 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Paul E. Davison. (Signed by Judge Cathy Seibel on 7/3/2014) (lnl) (Entered: 07/07/2014) |
| 07/07/2014 | 72 | CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: This case is to be tried to a jury. All Fact Discovery due by 12/31/2014. Depositions due by 12/31/2014. All Expert Discovery due by 3/27/2015. Next Case Management Conference set for 1/8/2015 at 10:00 AM before Judge Cathy Seibel. This case has been designated to the Honorable Paul E. Davison, United States Magistrate Judge, for discovery disputes if the Court is unavailable. SO ORDERED. (Signed by Judge Cathy Seibel on 7/7/2014) (lnl) (Entered: 07/07/2014) |
| 07/07/2014 | 73 | SCHEDULING ORDER: The Court has scheduled a Settlement Conference before the Honorable Paul E. Davison, United States Magistrate Judge, on August 13, 2014 at 2:30 pm in Courtroom 420. Settlement Conference set for 8/13/2014 at 02:30 PM in Courtroom 420, 300 Quarropas Street, White Plains, NY 10601 before Magistrate Judge Paul E. Davison. (Signed by Magistrate Judge Paul E. Davison on 7/7/2014) (rj) (Entered: 07/07/2014) |
| 07/08/2014 | 74 | NOTICE OF APPEARANCE by Richard Straussman on behalf of Frosh International Travel, Inc., Signature Travel Network, Vacations by Tzell. (Straussman, Richard) (Entered: 07/08/2014) |
| 07/08/2014 | 75 | ANSWER to 7 Amended Complaint,,,,,,., CROSSCLAIM against Travelocity.com LP, Room77, Lexyl Travel Technologies, Hotelsbyme.com, Farebuzz, WK Travel Inc., Nextag, Inc., American Airlines, Inc., Kayak Software Corporation, Vacations by Tzell, Bookit.com Inc., Andrew Harper, Qantas Airways Limited, Luxe Travel, LLC, Signature Travel Network, United Airlines Inc., Tablet Inc, Frosh International Travel, Inc., Expedia, Inc., Random House, Netadvantage.com, Market ES Inc., Pegasus Solutions Inc., Orbitz Worldwide LLC, Spa Finder, Inc., This Exit LLC, Cedora, Inc., The Leading Hotels of the World, Hotels.com GP LLC, Reseveration Counter, IBT Media Inc., Esslinger Wooten Maxwell, Inc., The Wave Studio, LLC, Hotelguides.com, Inc., Esteban Oliverez, Getaroom.com, Frommer Media, Hipmunk, Inc., Metro Travel Guide, Joe Mazzarella, Qatar Airways, Tripadvisor LLC, Setai Owners LLC, Hotelstravel.com, Lonely Planet Global, |

| | | |
|---|---|---|
| | | Inc., Gogobot, Inc., Fareportal Inc, Luxury Travel Media, Does 1-100, Jetblue Airways Corporation, Budgetworks, Inc., General Hotel Management Ltd., Luxemont, Alliance Reservations Network, Mobissimo Inc., VFM Leonardo, Inc., Mysobe.com, Escala Vacations, Questex Media LLC, About, Inc.., COUNTERCLAIM against The Wave Studio, LLC. Document filed by Delta Airlines.(Shapiro, Sim) (Entered: 07/08/2014) |
| 07/08/2014 | 76 | **DOCUMENT REFERRED TO JUDGE FOR APPROVAL** - NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, Without prejudice against the defendant(s) Cedora, Inc.. Document filed by All Plaintiffs. (Reuber, Cameron) Modified on 7/9/2014 (jno). (Entered: 07/08/2014) |
| 07/09/2014 | | **\*\*\*NOTE TO ATTORNEY - DOCUMENT REFERRED TO JUDGE FOR APPROVAL. Note to Attorney Cameron Reuber Document 76 Notice of Voluntary Dismissal, was referred to Judge Cathy Seibel for approval. (jno) (Entered: 07/09/2014)** |
| 07/14/2014 | 77 | NOTICE OF CHANGE OF ADDRESS by Itai Maytal on behalf of IBT Media Inc.. New Address: IBT Media Inc, 7 Hanover Square, 5th Floor, New York, NY, USA 10004, 6464847555. (Maytal, Itai) (Entered: 07/14/2014) |
| 07/15/2014 | 78 | LETTER addressed to Judge Cathy Seibel from Sim R. Shapiro dated July 15, 2014 re: The Wave Studio, LLC. v. General Hotel Management, et. al.. Document filed by Delta Airlines.(Shapiro, Sim) (Entered: 07/15/2014) |
| 07/21/2014 | 79 | RULE 26 DISCLOSURE.Document filed by General Hotel Management Ltd.. (Benavides, Daniel) (Entered: 07/21/2014) |
| 08/06/2014 | 80 | ENDORSED LETTER addressed to Magistrate Judge Paul E. Davison from Daniel Benavides dated 7/25/2014 re: We respectfully request that the settlement conference be moved to 10:30 on August 13, 2014. ENDORSEMENT: So Ordered., ( Settlement Conference set 8/13/2014 at 10:30 AM before Magistrate Judge Paul E. Davison.) (Signed by Magistrate Judge Paul E. Davison on 8/6/2014) (rj) (Entered: 08/06/2014) |
| 08/07/2014 | 81 | NOTICE OF APPEARANCE by Daniel Barrie Moar on behalf of Setai Owners LLC. (Attachments: # 1 Certificate of Service)(Moar, Daniel) (Entered: 08/07/2014) |
| 08/11/2014 | 82 | MOTION for Mark H. Francis to Withdraw as Attorney *(Unopposed)*. Document filed by Setai Owners LLC.(Francis, Mark) (Entered: 08/11/2014) |
| 08/11/2014 | 83 | ORDER granting 82 Motion to Withdraw as Attorney. Attorney Mark Howard Francis terminated as counsel for Setai Owners LLC. (HEREBY ORDERED by Judge Cathy Seibel)(Text Only Order) (Seibel, Cathy) (Entered: 08/11/2014) |
| 08/12/2014 | 84 | NOTICE OF APPEARANCE by Matthew James Van Dusen on behalf of About, Inc., Alliance Reservations Network, Bookit.com Inc., Expedia, Inc., Farebuzz, Fareportal Inc, Frommer Media, Getaroom.com, Gogobot, Inc., Hotels.com GP LLC, Hotelsbyme.com, Jetblue Airways Corporation, Kayak |

| | | Software Corporation, Lexyl Travel Technologies, Lonely Planet Global, Inc., Metro Travel Guide, Netadvantage.com, Pegasus Solutions Inc., Random House, Reseveration Counter, This Exit LLC, Travelocity.com LP, Tripadvisor LLC, United Airlines Inc., VFM Leonardo, Inc.. (Van Dusen, Matthew) (Entered: 08/12/2014) |
|---|---|---|
| 08/12/2014 | 85 | ENDORSED LETTER addressed to Magistrate Judge Paul E. Davison from Kenneth R. Hartmann dated 8/11/2014 re: We write to respectfully request that counsel for the other defendants be permitted to attend the settlement conference currently scheduled for August 13, 2014 at 10:30 am. ENDORSEMENT: Application Granted. Ok. (Signed by Magistrate Judge Paul E. Davison on 8/12/2014) (rj) (Entered: 08/12/2014) |
| 08/13/2014 | | Minute Entry for proceedings held before Magistrate Judge Paul E. Davison: Settlement conference held. No settlement reached. Adjourned without date. (rj) (Entered: 08/13/2014) |
| 08/20/2014 | 86 | NOTICE OF APPEARANCE by Michael Aschen on behalf of Qatar Airways. (Aschen, Michael) (Entered: 08/20/2014) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">09/04/2014 11:00:12</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>vp0004:2658949:0</td><td><strong>Client Code:</strong></td><td>47312.00.0001-0000</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>7:13-cv-09239-CS</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>30</td><td><strong>Cost:</strong></td><td>3.00</td></tr>
</table>