# Exhibit C

Table T-3.
U.S. District Courts—Median Time Intervals from Filing to Trial for Civil Cases in Which Trials Were Completed, by District, During the 12-Month Period Ending September 30, 2013

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval In Months [1] |
| **TOTAL** | 2,836 | 26.1 | 819 | 23.8 | 2,017 | 27.5 |
| **DC** | 34 | 42.1 | 10 | 43.2 | 24 | 41.9 |
| **1ST** | 90 | 29.3 | 34 | 23.5 | 56 | 30.7 |
| ME | 2 | - | 1 | - | 1 | - |
| MA | 57 | 31.0 | 20 | 27.4 | 37 | 33.5 |
| NH | 6 | - | 1 | - | 5 | - |
| RI | 11 | 31.0 | 8 | - | 3 | - |
| PR | 14 | 24.4 | 4 | - | 10 | 28.4 |
| **2ND** | 365 | 33.3 | 102 | 27.0 | 263 | 35.0 |
| CT | 50 | 36.1 | 12 | 37.6 | 38 | 36.1 |
| NY,N | 39 | 39.2 | 4 | - | 35 | 39.2 |
| NY,E | 122 | 32.0 | 28 | 25.3 | 94 | 33.7 |
| NY,S | 137 | 28.9 | 56 | 23.6 | 81 | 32.5 |
| NY,W | 13 | 69.1 | 2 | - | 11 | 67.8 |
| VT | 4 | - | - | - | 4 | - |
| **3RD** | 233 | 31.2 | 61 | 28.7 | 172 | 32.0 |
| DE | 34 | 27.6 | 18 | 27.6 | 16 | 27.6 |
| NJ | 47 | 36.2 | 18 | 36.6 | 29 | 36.2 |
| PA,E | 73 | 20.5 | 14 | 17.7 | 59 | 23.2 |
| PA,M | 37 | 34.6 | 3 | - | 34 | 34.7 |
| PA,W | 27 | 34.0 | 3 | - | 24 | 35.3 |
| VI | 15 | 44.3 | 5 | - | 10 | 45.0 |
| **4TH** | 225 | 23.3 | 83 | 23.1 | 142 | 23.4 |
| MD | 34 | 32.7 | 14 | 31.6 | 20 | 38.5 |
| NC,E | 35 | 21.7 | 32 | 21.9 | 3 | - |
| NC,M | 11 | 26.7 | 2 | - | 9 | - |
| NC,W | 13 | 19.6 | 2 | - | 11 | 19.6 |
| SC | 58 | 30.8 | 17 | 19.7 | 41 | 32.4 |
| VA,E | 39 | 11.6 | 9 | - | 30 | 11.9 |
| VA,W | 15 | 12.6 | 3 | - | 12 | 12.9 |
| WV,N | 5 | - | 2 | - | 3 | - |
| WV,S | 15 | 27.3 | 2 | - | 13 | 27.3 |

## Table T-3. (September 30, 2013—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] |
| **5TH** | **384** | **22.2** | **131** | **20.5** | **253** | **23.0** |
| LA,E | 66 | 17.5 | 33 | 17.9 | 33 | 17.1 |
| LA,M | 28 | 52.0 | 5 | - | 23 | 53.4 |
| LA,W | 22 | 28.8 | 8 | - | 14 | 27.7 |
| MS,N | 9 | - | - | - | 9 | - |
| MS,S | 30 | 23.0 | 9 | - | 21 | 22.7 |
| TX,N | 59 | 25.8 | 19 | 25.9 | 40 | 23.8 |
| TX,E | 51 | 20.5 | 11 | 4.3 | 40 | 23.8 |
| TX,S | 84 | 21.8 | 35 | 20.5 | 49 | 22.7 |
| TX,W | 35 | 17.8 | 11 | 15.7 | 24 | 18.4 |
| **6TH** | **200** | **28.9** | **48** | **28.0** | **152** | **29.2** |
| KY,E | 13 | 34.0 | 4 | - | 9 | - |
| KY,W | 8 | - | 1 | - | 7 | - |
| MI,E | 40 | 26.3 | 7 | - | 33 | 26.6 |
| MI,W | 28 | 31.8 | 8 | - | 20 | 31.8 |
| OH,N | 17 | 28.7 | 2 | - | 15 | 28.7 |
| OH,S | 19 | 30.7 | 4 | - | 15 | 38.9 |
| TN,E | 15 | 27.8 | 5 | - | 10 | 30.4 |
| TN,M | 31 | 30.3 | 13 | 34.6 | 18 | 30.2 |
| TN,W | 29 | 21.0 | 4 | - | 25 | 20.0 |
| **7TH** | **195** | **31.1** | **43** | **25.6** | **152** | **32.8** |
| IL,N | 108 | 32.2 | 25 | 24.8 | 83 | 33.7 |
| IL,C | 19 | 36.7 | 2 | - | 17 | 39.5 |
| IL,S | 21 | 27.3 | 5 | - | 16 | 26.3 |
| IN,N | 11 | 27.0 | 2 | - | 9 | - |
| IN,S | 15 | 35.8 | 3 | - | 12 | 35.8 |
| WI,E | 9 | - | 2 | - | 7 | - |
| WI,W | 12 | 19.6 | 4 | - | 8 | - |
| **8TH** | **227** | **23.5** | **45** | **21.9** | **182** | **23.5** |
| AR,E | 40 | 24.0 | 6 | - | 34 | 24.1 |
| AR,W | 14 | 23.0 | 2 | - | 12 | 20.8 |
| IA,N | 5 | - | - | - | 5 | - |
| IA,S | 9 | - | 5 | - | 4 | - |
| MN | 24 | 23.6 | 2 | - | 22 | 23.6 |
| MO,E | 92 | 23.5 | 8 | - | 84 | 23.5 |
| MO,W | 22 | 21.2 | 11 | 17.4 | 11 | 28.4 |
| NE | 13 | 25.2 | 7 | - | 6 | - |
| ND | 2 | - | 1 | - | 1 | - |
| SD | 6 | - | 3 | - | 3 | - |

## Table T-3. (September 30, 2013—Continued)

| Circuit and District | Total Trials | | Nonjury Trials | | Jury Trials | |
|---|---|---|---|---|---|---|
| | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] | Number of Trials | Median Time Interval in Months [1] |
| **9TH** | **427** | **27.0** | **140** | **23.1** | **287** | **29.1** |
| AK | 7 | - | 1 | - | 6 | - |
| AZ | 29 | 32.5 | 11 | 42.0 | 18 | 31.8 |
| CA,N | 24 | 27.4 | 7 | - | 17 | 30.9 |
| CA,E | 43 | 50.0 | 8 | - | 35 | 51.2 |
| CA,C | 142 | 19.9 | 51 | 17.4 | 91 | 20.3 |
| CA,S | 40 | 32.5 | 17 | 32.1 | 23 | 33.4 |
| HI | 16 | 9.7 | 14 | 9.7 | 2 | - |
| ID | 7 | - | 2 | - | 5 | - |
| MT | 4 | - | 1 | - | 3 | - |
| NV | 48 | 39.7 | 6 | - | 42 | 39.7 |
| OR | 25 | 22.0 | 8 | - | 17 | 22.0 |
| WA,E | 8 | - | 2 | - | 6 | - |
| WA,W | 34 | 17.7 | 12 | 19.8 | 22 | 17.7 |
| GUAM | - | - | - | - | - | - |
| NMI | - | - | - | - | - | - |
| **10TH** | **163** | **25.0** | **36** | **26.0** | **127** | **25.0** |
| CO | 56 | 27.7 | 8 | - | 48 | 28.0 |
| KS | 16 | 29.7 | 5 | - | 11 | 30.0 |
| NM | 23 | 23.1 | 3 | - | 20 | 23.0 |
| OK,N | 9 | - | 2 | - | 7 | - |
| OK,E | 3 | - | 1 | - | 2 | - |
| OK,W | 24 | 19.9 | 6 | - | 18 | 19.1 |
| UT | 23 | 33.9 | 10 | 33.9 | 13 | 26.3 |
| WY | 9 | - | 1 | - | 8 | - |
| **11TH** | **293** | **20.3** | **86** | **19.5** | **207** | **20.4** |
| AL,N | 37 | 34.8 | 4 | - | 33 | 29.3 |
| AL,M | 15 | 17.8 | 6 | - | 9 | - |
| AL,S | 7 | - | 2 | - | 5 | - |
| FL,N | 12 | 25.7 | 4 | - | 8 | - |
| FL,M | 84 | 19.8 | 26 | 18.8 | 58 | 21.8 |
| FL,S | 81 | 16.5 | 25 | 16.4 | 56 | 16.6 |
| GA,N | 26 | 27.4 | 9 | - | 17 | - |
| GA,M | 19 | 24.3 | 7 | - | 12 | 24.6 |
| GA,S | 12 | 21.9 | 3 | - | 9 | 24.6 |

NOTE: Includes trials conducted by district and appellate judges only. All trials conducted by magistrate judges are excluded. Excludes the following trials: land condemnation; forfeitures and penalty cases; prisoner petitions (habeas corpus, motions to vacate sentence under 28 U.S.C. 2255, hearings on evidentiary matters); bankruptcy petitions; and three-judge court cases. For civil cases resulting in completed trials, the median time is based on the original filing date and the date the trial was completed. For reopened civil cases resulting in second completed trials, the median time remains based on the original filing date and the date the trial was completed.
[1] Time intervals computed only for 10 or more trials.