UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE WAVE STUDIO, LLC,

                Plaintiff,

    -against-

MASTERCARD INTERNATIONAL, INC. et al.,

                Defendants.

---

No. 14 Civ. 8322 (VM) (JCF)

**APPEARANCE OF COUNSEL**

      **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears in this case on behalf of defendants MasterCard International, Inc. and Virtuoso, Ltd.

Dated: October 20, 2014

                Respectfully submitted,

                VEDDER PRICE P.C.

                By:   /s/ Charles J. Nerko
                    Charles J. Nerko (CN0001)
                    cnerko@vedderprice.com

                1633 Broadway, 47th Floor
                New York, New York  10019
                Telephone:   (212) 407-7700
                Facsimile:    (212) 407-7799