UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

                                          Plaintiff,

                    -against-

MASTERCARD INTERNATIONAL, INC. ET AL.
                                          Defendant.

14 _cv_ 8322 _____ ( VM  ) (JCF)

**MOTION FOR ADMISSION
PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I  Blaine Christopher Kimrey _____, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

Mastercard International, Inc. and Virtuoso, Ltd. _____  in the above-captioned action.

          I am in good standing of the bar(s) of the state(s) of

Illinois, Missouri, and Kansas _____  and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:  October 27, 2014                           Respectfully Submitted,

Applicant Signature

Applicant's Name: Blaine Christopher Kimrey

Firm Name: Vedder Price P.C.

Address: 222 North LaSalle Street, Suite 2600

City / State / Zip: Chicago, Illinois  60601

Telephone / Fax: (312) 609-7500/(312) 609-5500

E-Mail: bkimrey@vedderprice.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Blaine Christopher Kimrey

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 21, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, October 23, 2014.

*Carolyn Taft Grosboll*

Clerk

# *The Supreme Court of Missouri*



## *Certificate of Admission as an Attorney at Law*

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/1998,

## *Blaine Christopher Kimrey*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 23rd day of October 2014.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas

# Certificate of Good Standing

I, **Heather L. Smith**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on _____ May 24, 1999 _____,

BLAINE CHRISTOPHER KIMREY

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __21ST__ day of ___October___, __2014__.

_Clerk of the Supreme Court of Kansas_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC. ET AL.

Defendant.

14 cv 8322      ( VM  ) (JCF)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of  Blaine Christopher Kimrey                          , for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

Illinois, Missouri, and Kansas      ; and that his/her contact information is as follows

(please print):

Applicant's Name:  Blaine Christopher Kimrey

Firm Name:  Vedder Price P.C.

Address:  222 North LaSalle Street, Suite 2600

City / State / Zip:  Chicago, Illinois, 60601

Telephone / Fax:  (312) 609-7500/(312) 609-5500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Mastercard International, Inc. and Virtuoso, Ltd.          in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                    _____

United States District / Magistrate Judge