UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

                      Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC. ET AL.

                      Defendant.

14 cv 8322 ( VM )(JCF)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Bryan Kyle Clark**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Mastercard International, Inc. and Virtuoso, Ltd.** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Illinois** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: October 27, 2014

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Bryan Kyle Clark
Firm Name: Vedder Price P.C.
Address: 222 North LaSalle Street, Suite 2600
City / State / Zip: Chicago, Illinois 60601
Telephone / Fax: (312) 609-7500/(312) 609-5500
E-Mail: bclark@vedderprice.com

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Bryan Kyle Clark

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 2008 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, October 23, 2014.

*Carolyn Taft Grosboll*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

                Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC. ET AL.

                Defendant.

14 cv 8322 ( VM ) (JCF)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Bryan Kyle Clark, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois; and that his/her contact information is as follows (please print):

Applicant's Name: Bryan Kyle Clark

Firm Name: Vedder Price P.C.

Address: 222 North LaSalle Street, Suite 2600

City / State / Zip: Chicago, Illinois, 60601

Telephone / Fax: (312) 609-7500/(312) 609-5500

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Mastercard International, Inc. and Virtuoso, Ltd. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                        United States District / Magistrate Judge