| | | |
|---|---|---|
| Lawrence E. Abelman<br>Jeffrey A. Schwab<br>Victor M. Tannenbaum<br>Peter J. Lynfield<br>Caridad Piñeiro Scordato<br>Michael Aschen<br>Julianne Abelman<br>Julie B. Seyler<br>Marie Anne Mastrovito<br>Joseph J. Catanzaro<br>Anthony A. Coppola<br>Ned W. Branthover<br>Anthony J. DiFilippi<br>Michael J. Schwab<br>Jennifer R. Waitman<br>Norman D. Hanson<br>Frank Terranella<br>Ralph J. Crispino | **ABELMAN, FRAYNE & SCHWAB**<br>Attorneys at Law<br>666 Third Avenue<br>New York, New York 10017-5621<br><br>Telephone: (212) 949-9022<br>Facsimile: (212) 949-9190<br>e-mail@lawabel.com | Of Counsel:<br>Thomas E. Spath<br>Melvin L. Ortner<br>J. David Dainow<br>Robert B. Smith<br>David Toren (Ret.)<br><br>Jay S. Cinamon<br>Lori B. Cohen<br>Steven M. Hertzberg<br>Charles S. Stein<br>Theodore J. Pierson<br>Erica R. Halstead<br>Aimee M. Allen<br>Victoria T. Coleman<br><br>Alexander Zinchuk*<br>*(Registered Patent Agent) |

**MEMO ENDORSED**

*The stayed parties such as Mr. Aschen's client will continue to get notices but they need not participate until the stay is lifted.*

November 10, 2014

Writer's Direct Dial:
(212) 885-9207

Writer's E-Mail:
maschen@lawabel.com

**So Ordered.**

*Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 11/10/14

**By Facsimile to (914) 390-4278**

The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *The Wave Studio v. Mastercard International,*
      7:14-cv-08322 (CS), and *The Wave Studio v. General*
      *Hotel Management,* 7:13-cv-09239 (CS); Our Ref. 224217.

Dear Judge Seibel:

We represent the defendant, Qatar Airways, in the second case referenced above (no. 7:13-cv-09239), and are writing to ask for clarification of the Notice of Court Conference filed by your Courtroom Deputy, Ms. Cama, on November 6, 2014 [Document 89] scheduling a court conference for November 24, 2014. Specifically, our question is whether attendance by our firm at the November 24th conference is necessary in view of the fact that your July 3, 2014 Order [Document 67, case no. 7:13-cv-09239] stated that "… this case is stayed as to all Defendants with the exception of Defendant General Hotel Management Ltd.", and that "[t]he other Defendants need not appear at the scheduled status conference on January 8, 2015 at 10:00 a.m., unless the Court orders otherwise". Thank you for your attention to this matter.

Respectfully,

*Michael Aschen*

Michael Aschen

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-10-14

MA:zs
cc: Qatar Airways
    Lawrence E. Abelman, Esq.