UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

                Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC., et al.,

                Defendant.

7:14 cv 08322 ( CS )

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Vijay K. Toke, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The Wave Studio, LLC in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November _____, 2014

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: Vijay K. Toke

Firm Name: Cobalt LLP

Address: 918 Parker Street, Bldg. A21

City / State / Zip: Berkeley, CA 94710

Telephone / Fax: Ph: (510) 841-9800  Fax: (510) 295-2401

E-Mail: vijay@cobaltlaw.com

**THE STATE BAR OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

November 10, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, VIJAY KUMAR TOKE, #215079 was admitted to the practice of law in this state by the Supreme Court of California on November 30, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

           Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC., et al.,
           Defendant.

7:14 cv 08322 ( CS )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Vijay K. Toke, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

    Applicant's Name: Vijay K. Toke

    Firm Name: Cobalt LLP

    Address: 918 Parker Street, Bldg. A21

    City / State / Zip: Berkeley, CA 94710

    Telephone / Fax: Ph: (510) 841-9800  Fax: (510) 295-2401

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Wave Studio, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge