**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE WAVE STUDIO, LLC,

                                        Plaintiff,

                                                          7:14 cv 08322        ( CS    )

              -against-

                                                          **ORDER FOR ADMISSION**
                                                          **PRO HAC VICE**

MASTERCARD INTERNATIONAL, INC., et al.,
                                        Defendant.

_____

        The motion of   Vijay K. Toke                                    , for admission to

practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

        California                              ; and that his/her contact information is as follows

(please print):

        Applicant's Name:   Vijay K. Toke

        Firm Name:   Cobalt LLP

        Address:   918 Parker Street, Bldg. A21

        City / State / Zip:  Berkeley, CA 94710

        Telephone / Fax:   Ph: (510) 841-9800  Fax: (510) 295-2401

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

        The Wave Studio, LLC                              in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____          _____

                                        United States District / Magistrate Judge