UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE WAVE STUDIO, LLC | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| MASTERCARD INTERNATIONAL, | : | CASE NO. |
| INC., et al. | : | |
| Defendant. | : | 14 CV 8322 (VM)(JCF) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I, Nate A. Garhart, am admitted or otherwise authorized to practice in this court, and

I appear in this case as counsel for The Wave Studio, LLC.

I, Vijay K. Toke, pending Pro Hac Vice Motion filed November 17, 2014, am admitted

or otherwise authorized to practice in this court, and I appear in this case counsel as

counsel for The Wave Studio, LLC.

I, Amanda C. Conley, pending Pro Hac Vice Motion filed November 17, 2014, am

admitted or otherwise authorized to practice in this court, and I appear in this case counsel

as counsel for The Wave Studio, LLC.

Respectfully submitted,

_____/s/ Nate A. Garhart_____
Nate A. Garhart (NG9132)
nate@cobaltlaw.com

_____/s/ Vijay K. Toke_____
Vijay K. Toke
vijay@cobaltlaw.com

_____/s/ Amanda Conley_____
Amanda R. Conley
amanda@cobaltlaw.com

*Attorneys for Plaintiff*
Cobalt LLP
918 Parker Street, Suite A21
Berkeley, CA 94710
P. (510) 841.9800
F. (510) 295.2401