™

PROMO ©

vijay toke
vijay@cobaltlaw.com
510.841.9800

November 18, 2014

The Hon. Cathy Seibel
U.S. District Judge
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: Request for Telephone Appearance for Status Conference Hearing
Case Name: The Wave Studio, LLC v. Mastercard International, Inc.
Case No.: 7:14-cv-08322-CS
Hearing Date: November 24, 2014 at 10:15 am
Court Room: 621

Dear Honorable Cathy Seibel:

The undersigned firm represents Plaintiff The Wave Studio in this matter. Lead counsel, Vijay Toke (*pro hac vice* admission pending), resides in Northern California, and respectfully requests to appear by phone for the *Status Hearing* scheduled on *November 24, 2014 at 10:15 am* in Court Room 621.

Very truly yours,

COBALT LLP

Vijay K. Toke

VTK/lg



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401