UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

                Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC., et al.,
                Defendant.

7:14 cv 08322 ( CS )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Vijay K. Toke, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of California; and that his/her contact information is as follows (please print):

Applicant's Name: Vijay K. Toke

Firm Name: Cobalt LLP

Address: 918 Parker Street, Bldg. A21

City / State / Zip: Berkeley, CA 94710

Telephone / Fax: Ph: (510) 841-9800  Fax: (510) 295-2401

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for The Wave Studio, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge