UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

                Plaintiff,

-against-

MASTERCARD INTERNATIONAL, INC., et al.,

                Defendant.

7:14 cv 08322  ( CS )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I  Amanda R. Conley , hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for

The Wave Studio, LLC  in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of

California  and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 17, 2014

Respectfully Submitted,

Applicant Signature

Applicant's Name: Amanda R. Conley

Firm Name: Cobalt LLP

Address: 918 Parker Street, Bldg. A21

City / State / Zip: Berkeley, CA 94710

Telephone / Fax: Ph: (510) 841-9800  Fax: (510) 295-2401

E-Mail: amanda@cobaltlaw.com