UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>     Defendants. | 14 Civ. 8322 (CS) (PED) |

## NOTICE OF DEFENDANTS' MOTION TO CONSOLIDATE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 42(a)(2), defendants MasterCard International, Inc. ("MasterCard") and Virtuoso, Ltd. ("Virtuoso") (collectively, "Defendants") upon their Memorandum in Support of Motion to Consolidate, any further papers or arguments to be submitted by Defendants at a subsequent date, and all pleadings filed to date, hereby move this Court, at the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 1060, to consolidate this case (the "Virtuoso Case") with *The Wave Studio, LLC v. General Hotel Management, Inc.*, Case No. 7:13-cv-09239-CS (the "GHM Case").

1

2

Dated: January 15, 2015

Respectfully submitted,

VEDDER PRICE P.C.

By: /s/ Blaine C. Kimrey

Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
222 North LaSalle Street
Chicago, Illinois  60601
(312) 609-7500
bkimrey@vedderprice.com
bclark@vedderprice.com

Charles J. Nerko
1633 Broadway, 47th Floor
New York, New York  10019
(212) 407-7700
cnerko@vedderprice.com

*Attorneys for defendants MasterCard International, Inc. and Virtuoso, Ltd.*