# VedderPrice

BLAINE C. KIMREY
SHAREHOLDER
+1 (312) 609 7865
bkimrey@vedderprice.com

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609 7500
F: +1 (312) 609 5005

CHICAGO • NEW YORK • WASHINGTON, DC
LONDON • SAN FRANCISCO • LOS ANGELES

January 23, 2015

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

      Re:    *The Wave Studio, LLC v. MasterCard International, Inc., et al.*,
              Case No. 7:14-cv-08322-CS

Dear Judge Seibel:

      Pursuant to the Court's Individual Practices, the parties respectfully request an extension of the deadlines for plaintiff The Wave Studio, LLC to respond to the defendants' motion for consolidation and for defendants MasterCard International, Inc. and Virtuoso, Ltd. to reply in support of that motion. As set forth in the transcript of the proceedings before this Court on November 24, 2014, the plaintiff's response is currently due January 26, 2015, and the defendants' reply is currently due February 2, 2015. The parties request that plaintiff's response be due February 2, 2015, and defendants' reply be due February 9, 2015. This is the first request for an extension of these dates by either party and is made by agreement of the parties. These extensions are requested for the convenience of the parties and will not prejudice the rights of any party. The parties do not request an extension of the conference currently scheduled in this matter for February 19, 2015.

                                                    Sincerely,

                                                    Blaine C. Kimrey

cc:      Vijay Toke, Esq., counsel for plaintiff The Wave Studio, LLC