**VEDDER PRICE.**

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609 7500
F: +1 (312) 609 5005

BLAINE C. KIMREY
SHAREHOLDER
+1 (312) 609 7865
bkimrey@vedderprice.com

CHICAGO • NEW YORK • WASHINGTON, DC
LONDON • SAN FRANCISCO • LOS ANGELES

January 26, 2015

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

      Re:   *The Wave Studio, LLC v. MasterCard International, Inc., et al.*,
              Case No. 7:14-cv-08322-CS

Dear Judge Seibel:

      Pursuant to the Court's Order of January 23, 2015, deferring ruling on the parties' Joint Letter Motion for Extension of Time to File Response/Reply (ECF No. 68), the parties state that they prefer for the Court to postpone the February 19, 2015 bench ruling. Under this proposed schedule, the plaintiff's response to the pending motion for consolidation would be due February 2, 2015, the defendants' reply would be due February 9, 2015, and the Court's ruling would follow at a later date subject to the Court's availability. As noted previously, this is the first request for an extension of these dates by either party and is made by agreement of the parties.

      Sincerely,

      Blaine C. Kimrey

cc:    Vijay Toke, Esq., counsel for plaintiff The Wave Studio, LLC