MEMO ENDORSED

# VEDDER PRICE

BLAINE C. KIMREY
SHAREHOLDER
+1 (312) 609 7865
bkimrey@vedderprice.com

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
T: +1 (312) 609 7500
F: +1 (312) 609 5005

CHICAGO • NEW YORK • WASHINGTON, DC
LONDON • SAN FRANCISCO • LOS ANGELES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/15

Application Granted / ~~Denied~~
So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 1/30/15

January 30, 2015

*Response due 2/16, Reply due 2/23, bench ruling adjourned to 3/12/15 at 2:00pm*

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

Re: *The Wave Studio, LLC v. MasterCard International Incorporated, et al.,*
Case No. 7:14-cv-08322-CS

Dear Judge Seibel:

Pursuant to the Court's Individual Practices, the parties respectfully request a second extension of the deadlines for plaintiff The Wave Studio, LLC to respond to the defendants' motion for consolidation and for defendants MasterCard International Incorporated and Virtuoso, Ltd. to reply in support of that motion. Pursuant to the Court's Order of January 29, 2015, granting the parties' first request for an extension, Plaintiff's response brief is currently due February 2, 2015, and Defendants' reply brief is currently due February 9, 2015. The parties request that Plaintiff's response be due February 16, 2015, and Defendants' reply be due February 23, 2015. The parties propose an adjournment of the bench ruling currently set for 9:30 a.m. on February 26, 2015, to a later date consistent with the Court's calendar. This is the second request for an extension of these dates, and it is made by agreement of the parties. These extensions are requested because, although settlement has not yet been achieved, the parties are engaged in potentially fruitful settlement discussions, and the requested extensions will not prejudice the rights of any party.

Sincerely,

*Blaine C. Kimrey*

Blaine C. Kimrey

cc: Vijay Toke, Esq., counsel for plaintiff The Wave Studio, LLC

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, and with Vedder Price (CA), LLP, which operates in California.