**MEMO ENDORSED**

# VEDDER PRICE

BLAINE C. KIMREY
SHAREHOLDER
+1 (312) 609 7865
bkimrey@vedderprice.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/13/15

222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601

T: +1 (312) 609 7500
F: +1 (312) 609 5005

CHICAGO • NEW YORK • WASHINGTON, DC
LONDON • SAN FRANCISCO • LOS ANGELES

February 13, 2015

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building and
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

Application Granted / ~~Denied~~
So Ordered.

_____
Cathy Seibel, U.S.D.J.

Dated: 2/13/15

*The conference scheduled for 3/12 at 2:00 pm is adjourned to 4/1/15 at 10:00 AM*

Re:   *The Wave Studio, LLC v. MasterCard International Incorporated, et al.*,
      Case No. 7:14-cv-08322-CS

Dear Judge Seibel:

Pursuant to the Court's Individual Practices, the parties respectfully request a third extension of the deadlines for plaintiff The Wave Studio, LLC to respond to the defendants' motion for consolidation and for defendants MasterCard International Incorporated and Virtuoso, Ltd. to reply in support of that motion. Pursuant to the Court's Order of January 30, 2015, granting the parties' first request for an extension, Plaintiff's response brief is currently due February 16, 2015, and Defendants' reply brief is currently due February 23, 2015. The parties request that Plaintiff's response be due March 2, 2015, and Defendants' reply be due March 9, 2015. The parties propose an adjournment of the bench ruling currently set for 2:00 p.m. on March 12, 2015, to a later date consistent with the Court's calendar. This is the third request for an extension of these dates, and it is made by agreement of the parties. These extensions are requested because, although settlement has not yet been achieved, the parties continue to be engaged in potentially fruitful settlement discussions, and the requested extensions will not prejudice the rights of any party.

Sincerely,

*/s/ Blaine C. Kimrey*

Blaine C. Kimrey

cc:   Vijay Toke, Esq., counsel for plaintiff The Wave Studio, LLC