UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware Corporation; VIRTUOSO, LTD., a Delaware Corporation; and DOES 1-100,<br><br>              Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>**CASE NO. 7:14-cv-08322 (CS) (PED)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

      As the Court is aware, the parties to this action have reached a settlement. Because no Defendants have answered the complaint, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff The Wave Studio, LLC and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants MasterCard International, Inc., Virtuoso, Ltd., and Does 1-100.

Dated: March 27, 2015                      Cobalt LLP

                                              By: /s/ Vijay K. Toke
                                              Nate A. Garhart
                                              Vijay K. Toke (Pro Hac Vice)
                                              Amanda R. Conley (Pro Hac Vice)
                                              COBALT LLP
                                              918 Parker Street, Bldg. A21
                                              Berkeley, CA 94710

                                              *Attorneys for Plaintiff*
                                              *The Wave Studio, LLC*