UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
THE WAVE STUDIO, LLC,

                    Plaintiff,

         - against -

MASTERCARD INTERNATIONAL INC., *et al.*,

                   Defendants.
-------------------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

No. 14-CV-8322 (CS)

      A conference will be held before the Hon. Cathy Seibel, U.S.D.J., on **April 23, 2015 at 3:15 p.m.** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 621 to discuss the matters raised in the parties' letters dated March 24, 2015.

                                                       /s/ Alice F. Cama, Courtroom Deputy

Dated:     White Plains, New York
             March 31, 2015