UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>               Defendants. | 14 Civ. 8322 (CS) (PED) |

**STIPULATED MOTION TO DISMISS**

Plaintiff The Wave Studio, LLC ("Wave") and defendants MasterCard International, Inc. and Virtuoso, Ltd. ("Defendants") (collectively, the "Parties"), hereby move pursuant to Federal Rule of Civil Procedure 41(a)(2) for the Court to enter an Order dismissing this case with prejudice under the following terms:

1.    Wave's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Docket Entry 80) dated March 27, 2015, is withdrawn.

2.    The Court shall retain jurisdiction to enforce the terms of the Parties' Amended Settlement Agreement (which is confidential).

3.    Each Party shall bear its own costs.

Dated: June 12, 2015										Respectfully submitted,

COBALT LLP

By:  /s/ Vijay K. Toke

Nate A. Garhart
Vijay K. Toke (*pro hac vice*)
918 Parker Street, Bldg. A21
Berkeley, CA 94710
(510) 841-9800
vijay@cobaltlaw.com
nate@cobaltlaw.com

*Attorneys for plaintiff The Wave Studio, LLC*

Dated: June 12, 2015										VEDDER PRICE P.C.

By:  /s/ Blaine C. Kimrey

Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
222 North LaSalle Street
Chicago, Illinois  60601
(312) 609-7500
bkimrey@vedderprice.com
bclark@vedderprice.com

Charles J. Nerko
1633 Broadway, 47th Floor
New York, New York  10019
(212) 407-7700
cnerko@vedderprice.com

*Attorneys for defendants MasterCard International, Inc. and Virtuoso, Ltd.*