UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>　　　　　　　　Defendants. | 14 Civ. 8322 (CS) (PED) |



## STIPULATED MOTION TO DISMISS

Plaintiff The Wave Studio, LLC ("Wave") and defendants MasterCard International, Inc. and Virtuoso, Ltd. ("Defendants") (collectively, the "Parties"), hereby move pursuant to Federal Rule of Civil Procedure 41(a)(2) for the Court to enter an Order dismissing this case with prejudice under the following terms:

1. Wave's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Docket Entry 80) dated March 27, 2015, is withdrawn.

2. The Court shall retain jurisdiction to enforce the terms of the Parties' Amended Settlement Agreement (which is confidential).

3. Each Party shall bear its own costs.

Dated: June 12, 2015                     Respectfully submitted,

                                         COBALT LLP

                                         By: /s/ Vijay K. Toke

                                         Nate A. Garhart
                                         Vijay K. Toke (*pro hac vice*)
                                         918 Parker Street, Bldg. A21
                                         Berkeley, CA 94710
                                         (510) 841-9800
                                         vijay@cobaltlaw.com
                                         nate@cobaltlaw.com

                                         *Attorneys for plaintiff The Wave Studio, LLC*

Dated: June 12, 2015                     VEDDER PRICE P.C.

                                         By: /s/ Blaine C. Kimrey

                                         Blaine C. Kimrey (*pro hac vice*)
                                         Bryan K. Clark (*pro hac vice*)
                                         222 North LaSalle Street
                                         Chicago, Illinois 60601
                                         (312) 609-7500
                                         bkimrey@vedderprice.com
                                         bclark@vedderprice.com

                                         Charles J. Nerko
                                         1633 Broadway, 47th Floor
                                         New York, New York 10019
                                         (212) 407-7700
                                         cnerko@vedderprice.com

                                         *Attorneys for defendants MasterCard International, Inc. and Virtuoso, Ltd.*

So Ordered.

/s/ Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 6/17/15