UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., SOUTHWEST AIRLINES, CO., TRIP.COM GROUP LIMITED, TRIP.COM TRAVEL SINGAPORE PTE. LTD., TRIVAGO N.V., DESPEGAR.COM CORP., DESPEGAR.COM USA, INC., MAKEMYTRIP INDIA PVT. LTD., MAKEMYTRIP.COM INC., SUPPLY AMERICA, INC., FLORIDA TOURISM INDUSTRY MARKETING CORPORATION INC., AND AIR CANADA,<br><br>                Defendants. | Case No. 22-cv-05141 (JMF)<br>Related Case No. 13-cv-09239 (CS)(PE)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, Vijay K. Toke hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for The Wave Studio, LLC ("Plaintiff") in the above-captioned action.

I am in good standing with the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 1, 2022
       San Francisco, CA                                          Respectfully submitted,

                                                                                             RIMON, P.C.

By:     */s/ Vijay K. Toke*
         Vijay K. Toke
         423 Washington Street, Suite 600
         San Francisco, CA 94111
         vijay.toke@rimonlaw.com
         P: 415.558.6866

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 1, 2022, I caused to be electronically filed a true and correct copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE*, AFFIDAVIT OF VIJAY K. TOKE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*, CERTIFICATE OF GOOD STANDING, and proposed ORDER FOR ADMISSION *PRO HAC VICE* with the Clerk of the District Court using its CM/ECF system, which will then electronically notify all parties registered to receive such notice.

        */s/ Vijay K. Toke*
        Vijay K. Toke