UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITIBANK, N.A., ET AL.,<br><br>　　　　　　　Defendants. | Case No. 22-cv-05141 (JMF)<br>Related Case No. 13-cv-09239 (CS)(PE)<br><br>**[PROPOSED] ORDER ADMISSION**<br>***PRO HAC VICE*** |

The motion of Vijay K. Toke for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California and that his contact information is as follows:

> Vijay K. Toke
> Rimon, P.C.
> 423 Washington Street, Suite 600
> San Francisco, CA 94111
> vijay.toke@rimonlaw.com
> P: 415.558.6866

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for THE WAVE STUDIO, LLC ("Plaintiff") in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Magistrate Judge